UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :
                                   :    **NOTICE OF**
    - v. -                         :    **INTENT TO FILE**
                                   :    **AN INFORMATION**
XIU LIN YANG,                      :
                                   :    07 Cr.
    Defendant.                    :
                                   :
- - - - - - - - - - - - - - - - - x

07 CRIM. 466

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            May 23, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

                By:   _____
                      Avi Weitzman
                      Assistant United States Attorney

                  AGREED AND CONSENTED TO:

5-23-07      By:   _____
                      Howard Jacobs, Esq.
                      Attorney for Xiu Lin Yang

JUDGE CASTEL