UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :

    v.                             :

XIU LIN YANG,                    :

           Defendant.      :

- - - - - - - - - - - - - - - -x



INFORMATION

07 CRIM. 466

### COUNT ONE

The United States Attorney charges:

1.  From at least in or about June 2003, through and including in or about May 2004, in the Southern District of New York and elsewhere, XIU LIN YANG, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with others to commit offenses against the United States, to wit, to violate Title 8, United States Code, Section 1325(c) and Title 18, United States Code, Section 1546.

2.  It was a part and object of the conspiracy that XIU LIN YANG, the defendant, and his co-conspirators, unlawfully, willfully, and knowingly would and did arrange and enter into marriages for the purpose of evading the immigration laws, in violation of Title 8, United States Code, Section 1325(c).

3.  It was a further part and object of the conspiracy that XIU LIN YANG, the defendant, and his co-conspirators, unlawfully, willfully, and knowingly, would and did make under oath, and as permitted under penalty of perjury under Section

1746 of Title 28, United States Code, subscribe as true, false statements with respect to a material fact in an application, affidavit and other document required by the immigration laws and regulations prescribed thereunder, and would and did present such application, affidavit and other document containing such false statements and which failed to contain any reasonable basis in law and fact, in violation of Title 18, United States Code, Section 1546.

<u>Overt Acts</u>

4.   In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

      a.   In or about June 2003, XIU LIN YANG, the defendant, received a round-trip ticket from the United States to China from a co-conspirator not named as a defendant herein ("CC-1") to enter into a fraudulent marriage with another co-conspirator, a female Chinese national, not named as a defendant herein ("CC-2").

      b.   On or about July 28, 2003, YANG and co-conspirators not named herein as defendants caused visa and immigration documents containing false statements of material fact

to be filed with the immigration authorities in an effort to bring CC-2 to the United States. Those immigration documents were filed by an immigration agency not named as a defendant herein located in New York, New York (the "Agency").

(Title 18, United States Code, Section 371)

*[signature: Michael J. Garcia]*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

===

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

===

**UNITED STATES OF AMERICA**

- v. -

XIU LIN YANG,

Defendant.

===

**INFORMATION**

07 Cr.

(18 U.S.C. § 371.)

<u>MICHAEL J. GARCIA</u>
United States Attorney.

===

*[Handwritten annotation along right margin:]* May 24, 2007 - Information filed. May 24, 2007 - The defendant Xiu Lin Yang and his attorney Howard L. Jacobs are present. AUSA Avi Weitzman is present. Court Reporter Kristen Carmante is present. Court Interpreter Kitty Lai is present. See transcript. The defendant waives indictment. The defendant pleads guilty to Count One. The Court accepts the plea. The PSI is ordered. The Court schedules the sentence for September 6, 2007 at 9:30 a.m. Bail is continued.
Castel, J.