```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
        - v. -                    :
                                  :       WAIVER OF INDICTMENT
XIU LIN YANG,                     :
                                          07 Cr.
        Defendant.                :
                                  :
- - - - - - - - - - - - - - - - - x
```

**07 CRIM. 466**

The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

*/s/ Xiu Lin Yang*
XIU LIN YANG

*/s/ Howard L. Jacobs*
Howard Jacobs, Esq.
Attorney for Xiu Lin Yang

Witness:  */s/ Andrew D'Agostino*

Date:   New York, New York
        May 24, 2007

**JUDGE CASTEL**

FILED
MAY 24 2007