September 26, 2007

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

                         Re:     United States v. Xiu Lin Yang
                                      07 Cr. 466 (PKC)

Dear Judge Castel:

       Your Honor is scheduled to sentence my client Xiu Lin Yang on October 10, 2007. I have submitted a proposed order to have Mr. Yang examined by a psychologist because of his bizarre statements to me.

       I would therefore respectfully request that Your Honor adjourn the sentence until after we resolve the question of Mr. Yang's competency and sanity.

                                                      Respectfully yours,

                                                      Howard L. Jacobs
                                                      Attorney for Defendant

cc:     Avi Weitzman, Esq.
        Assistant United States
        Attorney Southern District of New York
        One St. Andrews Plaza
        New York, NY 10007