UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,

>  USDS SDNY
>  DOCUMENT
>  ELECTRONICALLY FILED
>  DOC #: _____
>  DATE FILED: 10-1-07

ORDER
07 Cr. 466 (PKC)

-against-

XIU LIN YANG

Defendant.
------------------------------------------------------x

Upon the application of HOWARD L. JACOBS, ESQ., for a psychiatric evaluation pursuant to Title 18, United States Code, Sections 4241 and 4242, it is hereby

ORDERED, that a psychological and clinical examination be conducted on the defendant Xiu Lin Yang to determine whether he may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, pursuant to 18 U.S.C.§4241(b); and to determine if he was insane at the time of the offense pursuant to 18 U.S.C.§4242.

IT IS FURTHER ORDERED, that Marc Janoson, a psychologist be appointed to conduct the examination of Mr. Yang. SENTENCING DATE OF OCTOBER 10, 2007 IS VACATED

Dated: New York, New York
~~September~~, 2007
October 1, 2007

HON. P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK